CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia – (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:14–cv–00166–HCM–LRL

Capital Security System, Inc. v. Capital One, N.A.  
Assigned to: District Judge Henry C. Morgan, Jr  
Referred to: Magistrate Judge Lawrence R. Leonard  
Cause: 35:281 Patent Infringement  

Date Filed: 04/23/2014  
Date Terminated: 10/20/2014  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Plaintiff**

**Capital Security Systems, Inc.**   represented by   **Bernard Joseph DiMuro**
DiMuro Ginsberg PC
1101 King Street
Suite 610
Alexandria, VA 22314–2956
(703) 684–4333
Fax: 703–548–3181
Email: bdimuro@dimuro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Lauren Calvert**
Hill Kertscher &Wharton LLP
3350 Riverwood Pkwy
Suite 800
Atlanta, GA 30339
\*\*NA\*\*
(770) 953–0995
Fax: (770) 953–1358
Email: jc@hkw–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Lincoln North**
Hill Kertscher &Wharton LLP
3350 Riverwood Pkwy
Suite 800
Atlanta, GA 30339
\*\*NA\*\*
(770) 953–0995
Fax: (770) 953–1358
Email: jln@hkw–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Miles Jarrad Wright**
DimuroGinsberg PC
1101 King St
Suite 610
Alexandria, VA 22314
703–684–4333

Fax: 703–5483181
Email: mjwright@dimuro.com
*ATTORNEY TO BE NOTICED*

**Steven Grant Hill**
Hill Kertscher &Wharton LLP
3350 Riverwood Pkwy
Suite 800
Atlanta, GA 30339
**NA**
770–953–0995
Fax: 770–953–1358
Email: sgh@hkw–law.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Capital One, N.A.**
*doing business as*
Capital One Bank

represented by **Maya Miriam Eckstein**
Hunton &Williams LLP
951 E Byrd St
Riverfront Plaza
Richmond, VA 23219
(804) 788–8200
Email: meckstein@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Eric Baskin**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006–1101
(202) 263–3364
Email: sbaskin@mayerbrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison Lyn Karmelek**
Hunton &Williams, LLP (DC–NA)
2200 Pennsylvania Ave, N. W.
Washington, DC 20037
**NA**
(202) 955–1500
Fax: (202) 778–2201
Email: akarmelek@hunton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel George Vivarelli , Jr**
Hunton &Williams, LLP (DC–NA)
2200 Pennsylvania Ave, N. W.
Washington, DC 20037
**NA**
(202) 955–1500
Fax: (202) 778–2201

Email: dvivarelli@hunton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcia Kristen McCarthy**
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006–1101
202–263–3000
Email: mmccarthy@mayerbrown.com
*ATTORNEY TO BE NOTICED*

**Robert Dennis Fairbanks , Jr.**
Hunton &Williams LLP (NC–NA)
P. O. Box 109
Raleigh, NC 27602
**NA**
(919) 899–3000
Fax: (919) 899–3243
Email: dfairbanks@hunton.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2014 | Ï 1 | COMPLAINT against Capital One, N.A. ( Filing fee $ 400, receipt number 14683043171.), filed by Capital Security Systems, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Receipt, # 6 Letter, # 7 Civil Cover Sheet)(ldab, ) (Entered: 04/28/2014) |
| 04/23/2014 | Ï 2 | 1 Summons Issued as to Capital One, N.A.. (ldab, ) (Entered: 04/28/2014) |
| 04/28/2014 | Ï 3 | Report on the filing or determination of an action regarding patent and/or trademark patent transmitted to Director of the U.S. Patent and Trademark Office, Alexandria, VA. (ldab, ) (Entered: 04/28/2014) |
| 04/28/2014 | Ï 7 | 1 SUMMONS Returned Executed by Capital Security Systems, Inc. Capital One, N.A. served on 4/24/2014 (ldab, ) (Entered: 04/30/2014) |
| 04/29/2014 | Ï 4 | Motion to appear Pro Hac Vice by Jennifer Lauren Calvert and Certification of Local Counsel Miles Jarrad Wright Filing fee $ 75, receipt number 0422–3942381. by Capital Security Systems, Inc.. (Wright, Miles) (Entered: 04/29/2014) |
| 04/29/2014 | Ï 5 | Motion to appear Pro Hac Vice by John Lincoln North and Certification of Local Counsel Miles Jarrad Wright Filing fee $ 75, receipt number 0422–3942395. by Capital Security Systems, Inc.. (Wright, Miles) (Entered: 04/29/2014) |
| 04/29/2014 | Ï 6 | Motion to appear Pro Hac Vice by Steven Grant Hill and Certification of Local Counsel Miles Jarrad Wright Filing fee $ 75, receipt number 0422–3942401. by Capital Security Systems, Inc.. (Wright, Miles) (Entered: 04/29/2014) |
| 04/30/2014 | Ï 8 | ORDER granting 5 Motion for Pro hac vice for John Lincoln North as to Capital Security Systems, Inc.. Signed by District Judge Henry C. Morgan, Jr on 04/30/14. (tlev, ) (Entered: 05/01/2014) |
| 04/30/2014 | Ï 9 | ORDER granting 4 Motion for Pro hac vice for Jennifer Lauren Calvert as to Capital Security Systems, Inc.. Signed by District Judge Henry C. Morgan, Jr on 04/30/14. (tlev, ) (Entered: |

| | | |
|---|---|---|
| | | 05/01/2014) |
| 04/30/2014 | Ï 10 | ORDER granting 6 Motion for Pro hac vice for Steven Grant Hill as to Capital Security Systems, Inc.. Signed by District Judge Henry C. Morgan, Jr on 04/30/14. (tlev, ) (Entered: 05/01/2014) |
| 05/07/2014 | Ï | Notice of Correction: A financial disclosure statement was not filed with the first appearance of the party as required by Local Rule 7.1. The party is allowed seven (7) days to correct the deficiency and file the financial disclosure statement. Failure to file the financial disclosure statement within this period of time will subject the document to being stricken from the record. (ldab, ) (Entered: 05/07/2014) |
| 05/08/2014 | Ï 11 | Consent MOTION for Extension of Time to File Answer re 1 Complaint, by Capital One, N.A.. (Attachments: # 1 Proposed Order)(Eckstein, Maya) (Entered: 05/08/2014) |
| 05/08/2014 | Ï 12 | Financial Interest Disclosure Statement (Local Rule 7.1) by Capital One, N.A.. (Eckstein, Maya) (Entered: 05/08/2014) |
| 05/09/2014 | Ï 13 | Financial Interest Disclosure Statement (Local Rule 7.1) by Capital Security Systems, Inc.. (DiMuro, Bernard) (Entered: 05/09/2014) |
| 05/12/2014 | Ï 14 | ORDER granting 11 Motion for Extension of Time to Answer Capital One, N.A. answer due 5/23/2014.. Signed by District Judge Henry C. Morgan, Jr on 5−12−14. (afar) (Entered: 05/12/2014) |
| 05/23/2014 | Ï 15 | Motion to appear Pro Hac Vice by Robert Dennis Fairbanks, Jr. and Certification of Local Counsel Maya M. Eckstein Filing fee $ 75, receipt number 0422−3975833. by Capital One, N.A.. (Eckstein, Maya) (Entered: 05/23/2014) |
| 05/23/2014 | Ï 16 | MOTION to Transfer Case *to Judge Payne in the Richmond Division* by Capital One, N.A.. (Attachments: # 1 Proposed Order)(Eckstein, Maya) (Entered: 05/23/2014) |
| 05/23/2014 | Ï 17 | Memorandum in Support re 16 MOTION to Transfer Case *to Judge Payne in the Richmond Division* filed by Capital One, N.A.. (Attachments: # 1 Exhibit 1)(Eckstein, Maya) (Entered: 05/23/2014) |
| 05/23/2014 | Ï 18 | ANSWER to 1 Complaint, by Capital One, N.A..(Eckstein, Maya) (Entered: 05/23/2014) |
| 05/28/2014 | Ï 19 | NOTICE: Procedural Instructions (ldab, ) (Entered: 05/28/2014) |
| 05/28/2014 | Ï | Refer for 16(b) (ldab, ) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 20 | Reply to Motion re 16 MOTION to Transfer Case *to Judge Payne in the Richmond Division* filed by Capital Security Systems, Inc.. (DiMuro, Bernard) (Entered: 05/28/2014) |
| 05/29/2014 | Ï 21 | Motion to appear Pro Hac Vice by Alison Lyn Karmelek and Certification of Local Counsel Maya M. Eckstein Filing fee $ 75, receipt number 0422−3980242. by Capital One, N.A.. (Eckstein, Maya) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 22 | Motion to appear Pro Hac Vice by Daniel George Vivarelli, Jr. and Certification of Local Counsel Maya M. Eckstein Filing fee $ 75, receipt number 0422−3980250. by Capital One, N.A.. (Eckstein, Maya) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 23 | ORDER granting 15 Motion for Pro hac vice for Robert Dennis Fairbanks, Jr as to Capital One, N.A.. Signed by District Judge Henry C. Morgan, Jr on 05/29/14. (tlev, ) (Entered: 05/29/2014) |
| 05/30/2014 | Ï 24 | REPLY to Response to Motion re 16 MOTION to Transfer Case *to Judge Payne in the Richmond Division* filed by Capital One, N.A.. (Eckstein, Maya) (Entered: 05/30/2014) |
| 06/02/2014 | Ï 25 | |

| | | |
|---|---|---|
| | | NOTICE by Capital Security Systems, Inc. *Regarding New Filings in Other Cases Involving Plaintiff* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(DiMuro, Bernard) (Entered: 06/02/2014) |
| 06/04/2014 | 26 | ORDER granting 21 Motion for Pro hac vice for Alison Lyn Karmelek as to Capital One, N.A.. Signed by District Judge Henry C. Morgan, Jr on 6/4/14. (tlev, ) (Entered: 06/04/2014) |
| 06/04/2014 | 27 | ORDER granting 22 Motion for Pro hac vice for Daniel George Vivarelli, Jr as to Capital One, N.A.. Signed by District Judge Henry C. Morgan, Jr on 6/4/14. (tlev, ) (Entered: 06/04/2014) |
| 06/05/2014 | 28 | NOTICE of Appearance by Stephen Eric Baskin on behalf of Capital One, N.A. (Baskin, Stephen) (Entered: 06/05/2014) |
| 06/05/2014 | 29 | NOTICE of Appearance by Marcia Kristen McCarthy on behalf of Capital One, N.A. (McCarthy, Marcia) (Entered: 06/05/2014) |
| 06/06/2014 | | Notice of Correction re 28 Notice of Appearance: The filing user has been notified that Notice of Appearance was an incorrectly saved PDF fillable form and has been removed. The filing user is directed to refile the document. (rsim, ) (Entered: 06/06/2014) |
| 06/06/2014 | | Notice of Correction re 29 Notice of Appearance: The filing user has been notified that Notice of appearance was an incorrectly saved PDF fillable form and has been removed. The filing user is directed to refile the document. (rsim, ) (Entered: 06/06/2014) |
| 06/06/2014 | 30 | NOTICE of Appearance by Stephen Eric Baskin on behalf of Capital One, N.A. (Baskin, Stephen) (Entered: 06/06/2014) |
| 06/06/2014 | 31 | NOTICE of Appearance by Marcia Kristen McCarthy on behalf of Capital One, N.A. (McCarthy, Marcia) (Entered: 06/06/2014) |
| 06/06/2014 | 32 | MOTION to Stay *or in the Alternative, Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* by Capital One, N.A.. (McCarthy, Marcia) (Entered: 06/06/2014) |
| 06/06/2014 | 33 | Brief in Support to 32 MOTION to Stay *or in the Alternative, Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* filed by Capital One, N.A.. (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(McCarthy, Marcia) (Entered: 06/06/2014) |
| 06/19/2014 | 34 | Opposition *to CONA's 32 Motion to Stay or Transfer Venue* filed by Capital Security Systems, Inc.. (DiMuro, Bernard) (Entered: 06/19/2014) |
| 06/26/2014 | 35 | REPLY to Response to Motion re 32 MOTION to Stay *or in the Alternative, Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* filed by Capital One, N.A.. (Attachments: # 1 Declaration of Michael Lindinger, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Baskin, Stephen) (Entered: 06/26/2014) |
| 06/27/2014 | 36 | Request for Hearing by Capital One, N.A. re 32 MOTION to Stay *or in the Alternative, Transfer Venue Pursuant to 28 U.S.C. § 1404(a)* (Baskin, Stephen) (Entered: 06/27/2014) |
| 09/08/2014 | 37 | ORDER denying as moot 16 Motion to Transfer Case. Signed by District Judge Henry C. Morgan, Jr on 9/4/14. (afar) (Entered: 09/09/2014) |
| 10/20/2014 | 38 | OPINION AND ORDER that Defendants' Motions to Stay or Transfer, Case 1, Doc.32; Case 2, Doc. 32, are GRANTED IN PART and DENIED IN PART. Defendants' requests for a stay are DENIED. Defendants' requests for transfer are GRANTED, and these actions are ORDERED TRANSFERRED to the Northern District of Georgia. Signed by District Judge Henry C. Morgan, Jr and filed on 10/20/2014. (rsim, ) (Entered: 10/20/2014) |
| 10/20/2014 | | Case transferred to District of Northern District of Georgia. (rsim, ) (Entered: 10/20/2014) |