**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC.<br><br>        Plaintiff,<br>v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant. | CIVIL ACTION NO. 1:14-cv-3370-WSD |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF CAPITAL SECURITY SYSTEMS, INC.

COMES NOW Steven G. Hill, on behalf of himself, John L. North, Jennifer L. Calvert, and Hill, Kertscher & Wharton, LLP (together, "Counsel") pursuant to Local Rule 83.1(E) and files this Motion to Withdraw as Counsel for Plaintiff Capital Security Systems, Inc. ("Plaintiff") in this action and states as follows:

Counsel have given Plaintiff fourteen (14) days prior notice of their intent to request permission to withdraw. Such notice was first given via overnight mail, e-mail and telephone on June 4, 2015.

Permitting Counsel's withdrawal will not cause a delay in the trial of this case.

1

Through this Motion and the Notice attached hereto as Exhibit A, Counsel provide additional notice to Plaintiff regarding Counsel's request to withdraw.

This 18th day of June, 2015.

                Respectfully submitted,

By:   /s/ Steven G. Hill
      Steven G. Hill
      Georgia Bar No. 354658
      John L. North
      Georgia Bar No. 545580
      Jennifer L. Calvert
      Georgia Bar No. 587191
      **HILL, KERTSCHER &**
      **WHARTON, LLP**
      3350 Riverwood Parkway, Suite 800
      Atlanta, Georgia 30339
      Tel: (770) 953-0995
      Fax: (770) 953-1358
      E-mail: sgh@hkw-law.com
              jln@hkw-law.com
              jc@hkw-law.com

## **CERTIFICATE UNDER L.R. 7.1.D**

Pursuant to Northern District of Georgia Local Rule 7.1.D, the undersigned counsel for Plaintiff hereby certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1.B.

So certified this 18th day of June, 2015.

                                        Respectfully submitted,

                 By:   /s/ Steven G. Hill
                          Steven G. Hill
                          Georgia Bar No. 354658

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CAPITAL SECURITY SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK, N.A.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:14-cv-3370-WSD |

## **CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY on this 18th day of June, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record. I also certify that the foregoing document is being served on Plaintiff Capital Security Systems, Inc. via U.S. Mail and e-mail at the following address and e-mail address:

Capital Security Systems, Inc.
c/o Robin Gustin, CEO
965 SW Mulberry Way
Boca Raton, FL 33486
RHGCSS@aol.com

　　This 18th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　/s/ Steven G. Hill
　　　　　　　　　　　　　　　　　　　Steven G. Hill
　　　　　　　　　　　　　　　　　　　Georgia Bar No. 354658